# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**LES BOIS DE TERTU SAS,**
**as successor in interest to**
**LES BOIS DE TERTU EURL,**
**and LES BOIS DE TERTU, INC.**

vs.                                    **CASE NUMBER: 8:09-CV-0305**

**DAVID ALLEN HUBBELL**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the motion to remand is GRANTED.  This matter is REMANDED to the Supreme Court of the State of New York, Franklin County. The defendant shall pay to the plaintiffs the just costs and actual expenses, including attorney fees, incurred by reason of these removal proceedings in the amount of $ 2,500.00.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 2ND day of July, 2009.

DATED: July 2, 2009

*Lawrence U. Baum*
Clerk of Court

s/

_____
Christine Mergenthaler
Deputy Clerk

entered and served 7/2/09 (cm)